No. 99–1192.   BULLOCK *v.* TEXAS, 529 U. S. 1066.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

No. 99–6035 (99A957).   TAYLOR *v.* CAIN, WARDEN, 529 U. S. 1088.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Petition for rehearing denied.